IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 5:14cr00032 |
| v. | ) ) | |
| JESUS MADAY SANCHEZ-ROBLERO, | ) ) | |
| Defendant. | ) ) ) | By: Michael F. Urbanski<br>United States District Judge |

### ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on October 14, 2014, which was thereafter amended on October 21, 2014, recommending that defendant's plea of guilty to Count One of the Information be accepted. The parties filed a Joint Notice of No Objections and Request for Prompt Acceptance of Guilty Plea on October 21, 2014, indicating neither party objected to the amended report and recommendation. Having reviewed the amended report and hearing no objection from either party, the court is of the opinion that the amended report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to Count One of the Information and plea agreement are **ACCEPTED**, and the defendant is adjudged **GUILTY** of Count One of the Information.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: October 22, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge